FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>   v.<br>PAUL BRIAN ALDRICH<br>   Defendant. | CR10-1146-GW<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

1      The court concludes:
2   A.   (X)   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _he will comply with conditions or_
6            _abstain from illegal drug_
7            _use._
8
9
10  (B)  (X)   Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _he will comply with_
13           _conditions or abstain from_
14           _illegal drug use. Also,_
15           _there are no sureties or_
16           _bail resources._
17       IT IS ORDERED that defendant be detained.
18
19  DATED: 5/3/12
20
21
22
23                                _____
                                  SUZANNE H. SEGAL
24                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28